IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:01CR44-1

UNITED STATES OF AMERICA

    v.

HAYES C. MARTIN,
        Defendant
_____/

## ORDER DISMISSING THE DEFENDANT FROM THE REMAINING BALANCE OF SUPERVISED PROBATION

THIS CAUSE coming on to be heard before the undersigned United States District Court for the Western District of North Carolina, and the Court believes that this motion should be granted enters the following findings of fact:

1. That pursuant to the Defendant's appearance before the Honorable Max O. Cogburn, Jr., United States District Magistrate Judge, on the 6th day of June, 2001, the Court accepted the Plea Agreement entered by the Defendant.

2. That the Defendant appeared before the Honorable Graham C. Mullen for the entry of sentence on the 14th day of February, 2005; that the Defendant was sentenced to two (2) years probation on Counts 1 and 2[to run concurrently] pursuant to the terms f the Plea Agreement.

3. That the Defendant remained under the pre-trial supervision of the United States Probation Office following his initial appearance for the entry of plea on June 6, 2001 until the entry of judgment on February 14, 2005; that following the Defendant's entry of plea and appearance for sentencing on February 14, 2005, the Defendant has fully complied with all terms and conditions of supervision, both pretrial and probationary, without incident.

4. That the Defendant has complied with all terms and conditions of the Court's release and has presented no problems for United State Probation Office who does not object to such early release.

5. That Assistant United States Attorney Richard Edwards has no objections and agrees to the Defendant's dismissal from the remaining balance of supervised release.

IT IS, THEREFORE, ORDERED that the Defendant's remaining balance of supervised probation is hereby dismissed and that the Defendant be released and discharged from any further terms and conditions of probation.

Signed: August 4, 2006

Graham C. Mullen
United States District Judge